# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID TIFFANY,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 3:08-CV-00539-LRH-(RAM)

**ORDER**

    Petitioner has submitted a Motion for Reconsideration (#18) pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.  He disagrees with this Court's dismissal of this action without prejudice for the failure to exhaust his available state-court remedies.  His contentions are more appropriate for appellate review than a motion for reconsideration.  See McCarthy v. Mayo, 827 F.2d 1310, 1318 (9th Cir. 1987).  See also Plotkin v. Pacific Tel. and Tel. Co., 688 F.2d 1291, 1293 (9th Cir. 1982).

    IT IS THEREFORE ORDERED that Petitioner's Motion for Reconsideration (#18) is **DENIED**.

    DATED this 5th day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE